IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| THOMAS FLORENCE, #1729344 § | |
| § | |
| VS. § | CIVIL ACTION NO. G-11-134 |
| § | |
| OFFICER CLEMENTE GARCIA III § | |
| and SGT. CHAPMAN § | |

O R D E R

On June 27, 2014, Plaintiff, Thomas Florence, filed a "Motion to Court to Obtain Crash and Impact Specialist" requesting the Court to provide him with the funds to hire an expert to evaluate the DVD produced by Defendants which allegedly depicts, in whole or in part, his arrest on March 27, 2010.

Florence is not proceeding *in forma pauperis*, he paid the filing fee in this cause and it is his responsibility to fund its prosecution, not the Court's. Moreover, even if Florence were proceeding *in forma pauperis* under the privilege to do so accorded by 28 U.S.C. §1915, "the plain language of §1915 does not provide for the appointment of expert witnesses to an indigent litigant." Hannah v. United States, 523 F.3d 597, 600 (5th Cir. 2008) (quoting Pedrazza v. Jones, 71 F.3d 194, 196 (5th Cir. 1995))

It is, therefore **ORDERED** that Florence' "Motion to Court to Obtain Crash and Impact Specialist" (Instrument no. 195) is **DENIED**.

**DONE** at Galveston, Texas, this _____2nd_____ day of June, 2014.

John R. Froeschner
United States Magistrate Judge