IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| THOMAS FLORENCE, #1729344 | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. G-11-134 |
| | § | |
| OFFICER CLEMENTE GARCIA III | § | |
| and SGT. CHAPMAN | § | |

## O R D E R

It is **ORDERED** that the Motion (Instrument no. 260) for an extension of time to respond to the Defendants' Motion for Summary Judgment of Plaintiff, Thomas Florence, is **DENIED**.

Florence's response was due on October 17, 2014, but no response was filed. Of course, the Court may not grant a default summary judgment simply because no response is filed; however, Florence is cautioned that if he fails to file a response the Court may accept the Defendants' summary judgment evidence as undisputed. Eversley v. MBank of Dallas, 843 F.2d 172, 174 (5th Cir. 1988) If no response has been filed by the time the Court takes up the Defendants' Motion, the Court will simply determine whether the Defendants' unchallenged evidence establishes their entitlement to summary judgment. See C.F. Dahlberg & Co. v. Chevron USA, Inc., 836 F.2d 915, 919 (5th Cir. 1988) The Court should reach the Defendants' Motion within the next couple of weeks.

**DONE** at Galveston, Texas, this \_\_\_\_\_23rd\_\_\_\_\_ day of October, 2014.

_____
John R. Froeschner
United States Magistrate Judge